IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIWANTA ALI,

    Petitioner,  JUDGMENT IN A CIVIL CASE

 v.  Case No. 17-cv-12-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent the United States of America against petitioner Kiwanta Ali, denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255.

| s/ V. Olmo, Deputy Clerk | 12/21/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |